

PRESS FIRMLY TO

PRESS FIRMLY TO SEAL

FLAT R
ONE RATE

TRACKED ▪ INSURED

■ Expected deliver
■ Most domestic s
■ USPS Tracking®
■ Limited internat
■ When used inte

*Insurance does not c
Domestic Mail Manual
** See International N

UNITED STATES
POSTAL SERVICE

PSO0001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

To schedule free Package Pickup,
scan the QR code.

**P** PRIORITY MAIL 1-D®

POSTAGE PAID
Origin: 96732
11/24/20
1429000510-18

$7.75

Retail

EXPECTED DELIVERY DAY: 11/25/20

SHIP
TO:
300 ALA MOANA BLVD
RM C338
Honolulu HI 96850-0338

C034

0 Lb 20.0 Oz

1105

USPS TRACKING® NUMBER

9505 5128 6138 0329 6714 69

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 25 2020
DISTRICT OF HAWAII

**FROM:** Alicia Namaindani Hwa
PO Box 8511
Honolulu, HI 96708

**TO:** US District Court
District of Hawaii
300 Ala Moana Blvd. #C338
Honolulu, HI 96850

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.